July 26, 2018

United States Courts
Southern District of Texas
FILED
JUL 30 2018
David J. Bradley, Clerk of Court

Jorge Luis Berber
TDCJ-No. 2055793
Wayne Scott Unit
6999 Retrieve Road
Angleton TX 77515

Clerk
United States District Court       Re: Case No: 4:17-cv-03427
Southern District Of Texas
Post Office Box 61010
Houston, Texas 77208

Dear Clerk

I AM IN RECEIPT OF "NOTICE OF REASSIGNMENT" IN THE NOTICE IT STATES THE DEADLINES IN SCHEDULING ORDERS REMAIN I EFFECT. I AM WRITING TO INFORM YOU THAT I HAVE NEVER BEEN NOTIFIED OF ANY SCHEDULING ORDER. COULD YOU PLEASE PROVIDE ME WITH A COPY OF SAME. THANK YOU.

RESPECTFULLY REQUESTED

Jorge Luis Berber

Jorge Berber
DJ-2055793
Wayne Scott Unit
6999 Retrieve Rd
Angleton TX 77515

United States Courts
Southern District of Texas
FILED
JUL 30 2018
David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
27 JUL 2018 PM 6 L

United States District Court
Southern District Of Texas
P.o Box
Houston TX 77208