

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

To: **Jorge Luis Berber (TDCJ #2055793)**
Re: **Letter received July 30, 2018**
Date: **8/1/2018**
From: **David J. Bradley, Clerk**

     Be advised that the clerk's office has received correspondence/pleadings from you as follows:

Per your request, we are enclosing the order setting forth the applicable deadlines for your case.

By Deputy Clerk
David J. Bradley, Clerk